Exhibit 2

| US8260533 | Tattile's Smart + Speed system ("The accused system") |
|---|---|
| 1. An automatic traffic monitoring system, comprising: | The accused system discloses an automatic traffic monitoring system.<br><br>Tattile's Smart + Speed system is a remote traffic monitoring and enforcement system. It utilizes roadside RADAR sensors and camera technology to collect data on vehicles, effectively documenting traffic violations.<br><br><br><br>Speed Enforcement Cameras<br>https://www.tattile.com/applications/speed-enforcement-camera |

‹ Previous                                                                                                      Next ›



https://www.tattile.com/vision-solutions/smartplus-speed/

## Speed Enforcement camera, how does it work?

- Speed enforcement cameras help catch speeding drivers and act as a deterrent. When drivers know they might face consequences for exceeding speed limits, they are more likely to comply with road rules.

- Vehicle speed detection is achieved by using reliable radar technology that ensures precise measurements. When combined with an ANPR camera, it becomes possible to obtain a complete set of transit data by linking the speed with license plate information, vehicle class, and other relevant vehicle details.

- The cameras can be used in different scenarios, urban and extra-urban, adapting to different installation layouts and environmental conditions.

- Speed enforcement cameras are configurable to set different speed limits based on different conditions, like the transit lane or the vehicle class.

- The speed camera automatically detects all passing vehicles. If a vehicle exceeds the speed limit, the camera captures images of the violating vehicle, including the license plate and relevant metadata.

https://www.tattile.com/applications/speed-enforcement-camera/

## Additional Functionalities of Speed Control Camera

- Highest reliability: the system helped to reduce deadly accidents on monitored roads by up to 50%.
- Object detector & OCR on board: automatic transit detection up to 320 km/h.
- Double head **ANPR/ALPR system**: OCR camera and color context camera. Every single transit is documented in real-time by sending the images registered by the two cameras (BW and Color) and all related textual information (date, hour, license number) to an endpoint through the most common communication protocol.
- Optional embedded features for the speed control camera include brand, color, class, and model recognition optical classification.
- The HD streaming video ensures continuous monitoring of the scene.
- Speed control system can provide not only image and plate recognition of the violator but also all vehicles passing in front of the traffic monitoring camera; this functionality allows traffic and tax authorities to perform additional features such as vehicle insurance control, traffic monitoring, and vehicle tracking. e.g., for security purposes, traffic analysis, traffic flow optimizations, etc…

https://www.tattile.com/applications/speed-enforcement-camera/



https://www.tattile.com/vision-solutions/smartplus-speed/



Home    Applications ⌄    Products ⌄    Download    Refere

## Powerful on-edge AI camera designed for Speed measurement

Smart+ Speed camera – an on-edge AI camera that is specifically designed for speed measurement. This powerful camera is Powered by the Stark Neural plate & vehicle detector algorithm, Smart+ Speed swiftly and accurately identifies various vehicle types, from cars to trucks and motorcycles.

A new and innovative feature of the Smart+ Speed camera is its advanced plug&play POE Radar connection, which is fully adjustable. This allows for versatile deployment scenarios, as the camera can be installed at different angles to adapt to different installation layouts.

Smart+ Speed can cover up to 3 lanes in front and rear reading installations, managing vehicles in the same and opposite directions. Smart+ Speed offers excellent installation flexibility.

https://www.tattile.com/vision-solutions/smartplus-speed/



https://www.tattile.com/vision-solutions/smartplus-speed/

| a plurality of remotely programmable stationary traffic monitoring points located in proximity to roads; | The accused system discloses a plurality of remotely programmable (e.g., remote web configuration, etc.) stationary traffic monitoring points (e.g., Tattile's Smart + Speed modules, etc.) located in proximity to roads.<br><br>The accused system consists of multiple Tattile's Smart + Speed modules equipped with sensors positioned alongside roadways. They gather monitoring data and transmit it to the server. Additionally, the system allows for remote programming with web configuration options for system integration, etc. |
|---|---|





https://www.tattile.com/vision-solutions/smartplus-speed/

## Speed Enforcement camera, how does it work?

- Speed enforcement cameras help catch speeding drivers and act as a deterrent. When drivers know they might face consequences for exceeding speed limits, they are more likely to comply with road rules.

- Vehicle speed detection is achieved by using reliable radar technology that ensures precise measurements. When combined with an ANPR camera, it becomes possible to obtain a complete set of transit data by linking the speed with license plate information, vehicle class, and other relevant vehicle details.

- The cameras can be used in different scenarios, urban and extra-urban, adapting to different installation layouts and environmental conditions.

- Speed enforcement cameras are configurable to set different speed limits based on different conditions, like the transit lane or the vehicle class.

- The speed camera automatically detects all passing vehicles. If a vehicle exceeds the speed limit, the camera captures images of the violating vehicle, including the license plate and relevant metadata.

https://www.tattile.com/applications/speed-enforcement-camera/

| DATA TRANSMISSION | |
|---|---|
| Output Action Types | HTTP, HTTPS, FTP, SFTP, TCP RAW, Serial Communication, Local Storage |
| Message formats | Fully customizable message formats including JSON, XML, custom string |
| Configuration | Configurable events/actions and metadata |
| Serial Port | Yes, RS485 full duplex |
| Digital output event | Yes |
| FTP Server | Yes, access to storage partition |

https://www.tattile.com/vision-solutions/smartplus-speed/

| CONFIGURATION | |
|---|---|
| Web Server | Installation and configuration with on board Web Application |
| Integration | Support for HTTP REST API |
| Date and Hour | Synchronization via NTP protocol or GPS |
| Software Update | Upgrading via Web Application and integration protocols |
| DATA TRANSMISSION | |

https://www.tattile.com/vision-solutions/smartplus-speed/

| a remote server in communication with the stationary traffic | The accused system discloses a remote server (e.g., servers associated with the accused system, etc.) in communication with the stationary traffic monitoring points (e.g., Tattile's Smart + Speed modules, etc.) and adapted to automatically issue |

| | |
|---|---|
| monitoring points and adapted to automatically issue citations for traffic laws violations; | citations for traffic laws violations (e.g., wrong way travelling, etc.).<br><br>As shown, roadside Smart + Speed modules are in communication with the server. The case data files are transmitted to the server, subsequently used to identify Traffic violations.<br><br>**CONFIGURATION**<br><br>Web Server — Installation and configuration with on board Web Application<br>Integration — Support for HTTP REST API<br>Date and Hour — Synchronization via NTP protocol or GPS<br>Software Update — Upgrading via Web Application and integration protocols<br><br>https://www.tattile.com/vision-solutions/smartplus-speed/<br><br>**Speed Enforcement camera, how does it work?**<br><br>• Speed enforcement cameras help catch speeding drivers and act as a deterrent. When drivers know they might face consequences for exceeding speed limits, they are more likely to comply with road rules.<br><br>• Vehicle speed detection is achieved by using reliable radar technology that ensures precise measurements. When combined with an ANPR camera, it becomes possible to obtain a complete set of transit data by linking the speed with license plate information, vehicle class, and other relevant vehicle details.<br><br>• The cameras can be used in different scenarios, urban and extra-urban, adapting to different installation layouts and environmental conditions.<br><br>• Speed enforcement cameras are configurable to set different speed limits based on different conditions, like the transit lane or the vehicle class.<br><br>• The speed camera automatically detects all passing vehicles. If a vehicle exceeds the speed limit, the camera captures images of the violating vehicle, including the license plate and relevant metadata.<br><br>https://www.tattile.com/applications/speed-enforcement-camera/ |

## Additional Functionalities of Speed Control Camera

- Highest reliability: the system helped to reduce deadly accidents on monitored roads by up to 50%.
- Object detector & OCR on board: automatic transit detection up to 320 km/h.
- Double head **ANPR/ALPR system**: OCR camera and color context camera. Every single transit is documented in real-time by sending the images registered by the two cameras (BW and Color) and all related textual information (date, hour, license number) to an endpoint through the most common communication protocol.
- Optional embedded features for the speed control camera include brand, color, class, and model recognition optical classification.
- The HD streaming video ensures continuous monitoring of the scene.
- Speed control system can provide not only image and plate recognition of the violator but also all vehicles passing in front of the traffic monitoring camera; this functionality allows traffic and tax authorities to perform additional features such as vehicle insurance control, traffic monitoring, and vehicle tracking. e.g., for security purposes, traffic analysis, traffic flow optimizations, etc…

https://www.tattile.com/applications/speed-enforcement-camera/



https://www.tattile.com/vision-solutions/smartplus-speed/

| | |
|---|---|
| each stationary traffic monitoring point including a radio module for interfacing to a mobile communication network;<br><br>**Col. 3: lines 15-27**<br>*The stationary traffic monitoring point is preferably in the form of an electronic device with a built-in module for a mobile communications network connection (e.g., a telephone or other one), and optional automatic electronic tag information and/or radar information and/or* | The accused system discloses each stationary traffic monitoring point (e.g., Tattile's Smart + Speed module, etc.) including a radio module (e.g., wireless module, etc.) for interfacing to a mobile communication network (e.g., the cellular network, etc.).<br><br>As shown, the Tattile's Smart + Speed module can communicate with the server over the internet through cellular network, etc. for remote monitoring, etc. |

*image information and/or video information collection and transmission, and processing of information regarding the vehicle and the road situation. The stationary traffic monitoring points are also provided with processing capability for analyzing information regarding the vehicle, the determination of the parameters of vehicle movement and traffic flow, and comparison of the information regarding vehicle movement with that permitted by traffic regulations for the particular section of the road.*



https://www.tattile.com/vision-solutions/smartplus-speed/

## Speed Enforcement camera, how does it work?

- Speed enforcement cameras help catch speeding drivers and act as a deterrent. When drivers know they might face consequences for exceeding speed limits, they are more likely to comply with road rules.

- Vehicle speed detection is achieved by using reliable radar technology that ensures precise measurements. When combined with an ANPR camera, it becomes possible to obtain a complete set of transit data by linking the speed with license plate information, vehicle class, and other relevant vehicle details.

- The cameras can be used in different scenarios, urban and extra-urban, adapting to different installation layouts and environmental conditions.

- Speed enforcement cameras are configurable to set different speed limits based on different conditions, like the transit lane or the vehicle class.

- The speed camera automatically detects all passing vehicles. If a vehicle exceeds the speed limit, the camera captures images of the violating vehicle, including the license plate and relevant metadata.

https://www.tattile.com/applications/speed-enforcement-camera/

| | |
|---|---|
| | ## Additional Functionalities of Speed Control Camera<br><br>- Highest reliability: the system helped to reduce deadly accidents on monitored roads by up to 50%.<br>- Object detector & OCR on board: automatic transit detection up to 320 km/h.<br>- Double head **ANPR/ALPR system**: OCR camera and color context camera. Every single transit is documented in real-time by sending the images registered by the two cameras (BW and Color) and all related textual information (date, hour, license number) to an endpoint through the most common communication protocol.<br>- Optional embedded features for the speed control camera include brand, color, class, and model recognition optical classification.<br>- The HD streaming video ensures continuous monitoring of the scene.<br>- Speed control system can provide not only image and plate recognition of the violator but also all vehicles passing in front of the traffic monitoring camera; this functionality allows traffic and tax authorities to perform additional features such as vehicle insurance control, traffic monitoring, and vehicle tracking. e.g., for security purposes, traffic analysis, traffic flow optimizations, etc…<br><br>https://www.tattile.com/applications/speed-enforcement-camera/ |
| each stationary traffic monitoring point including a module for automatically receiving information about a moving vehicle from the | The accused system discloses each stationary traffic monitoring point (e.g., Tattile's Smart + Speed module, etc.) including a module (e.g., RADAR detection unit, ANPR camera unit, etc.) for automatically receiving information (e.g., RADAR reflected signals, images from ANPR camera, etc.) about a moving vehicle from the moving vehicle. |

| moving vehicle;<br><br>**Col. 3: lines 15-27**<br>*The stationary traffic monitoring point is preferably in the form of an electronic device with a built-in module for a mobile communications network connection (e.g., a telephone or other one), and optional automatic electronic tag information and/or radar information and/or image information and/or video information collection and transmission, and processing of information regarding the vehicle and the road situation. The stationary traffic monitoring points are also provided with processing capability for analyzing information regarding the vehicle, the determination of the parameters of vehicle movement and traffic flow, and comparison of* | As shown, the Tattile's Smart + Speed modules are equipped with RADAR sensors and camera systems. The RADAR detection sensor captures reflected RADAR signals to measure the speed of vehicles. Additionally, the ANPR camera system takes images of the vehicles, which are then sent as case documents to the server.<br><br>‹ Previous      Next ›<br><br><br><br>https://www.tattile.com/vision-solutions/smartplus-speed/ |

| | |
|---|---|
| *the information regarding vehicle movement with that permitted by traffic regulations for the particular section of the road.*<br><br>**Col 3: lines 42-45:**<br><br>*Each stationary traffic monitoring point can be equipped with means for automatic reading of information regarding moving vehicles, for example, in the form of a photo camera working in the visible spectrum* | **Speed Enforcement camera, how does it work?**<br><br>• Speed enforcement cameras help catch speeding drivers and act as a deterrent. When drivers know they might face consequences for exceeding speed limits, they are more likely to comply with road rules.<br><br>• Vehicle speed detection is achieved by using reliable radar technology that ensures precise measurements. When combined with an ANPR camera, it becomes possible to obtain a complete set of transit data by linking the speed with license plate information, vehicle class, and other relevant vehicle details.<br><br>• The cameras can be used in different scenarios, urban and extra-urban, adapting to different installation layouts and environmental conditions.<br><br>• Speed enforcement cameras are configurable to set different speed limits based on different conditions, like the transit lane or the vehicle class.<br><br>• The speed camera automatically detects all passing vehicles. If a vehicle exceeds the speed limit, the camera captures images of the violating vehicle, including the license plate and relevant metadata.<br><br>https://www.tattile.com/applications/speed-enforcement-camera/ |

## Additional Functionalities of Speed Control Camera

- Highest reliability: the system helped to reduce deadly accidents on monitored roads by up to 50%.
- Object detector & OCR on board: automatic transit detection up to 320 km/h.
- Double head **ANPR/ALPR system**: OCR camera and color context camera. Every single transit is documented in real-time by sending the images registered by the two cameras (BW and Color) and all related textual information (date, hour, license number) to an endpoint through the most common communication protocol.
- Optional embedded features for the speed control camera include brand, color, class, and model recognition optical classification.
- The HD streaming video ensures continuous monitoring of the scene.
- Speed control system can provide not only image and plate recognition of the violator but also all vehicles passing in front of the traffic monitoring camera; this functionality allows traffic and tax authorities to perform additional features such as vehicle insurance control, traffic monitoring, and vehicle tracking. e.g., for security purposes, traffic analysis, traffic flow optimizations, etc…

https://www.tattile.com/applications/speed-enforcement-camera/



https://www.tattile.com/vision-solutions/smartplus-speed/

| each stationary traffic monitoring point including a module for automatically measuring movement parameters of the vehicle;<br><br>**Col. 3: lines 15-27**<br><br>*The stationary traffic monitoring point is preferably in the form of* | The accused system discloses each stationary traffic monitoring point (e.g., Tattile's Smart + Speed module, etc.) including a module (e.g., RADAR Modules to detect moving vehicle, etc.) for automatically measuring movement parameters (e.g., vehicle speed, etc.) of the vehicle.<br><br>As shown, the Tattile's Smart + Speed modules are equipped with RADAR sensors and camera systems. The RADAR detection sensor captures reflected RADAR signals to measure the speed of vehicles. Additionally, the ANPR camera takes images of the vehicles, which are then sent as case documents to the server. |

| an electronic device with a built-in module for a mobile communications network connection (e.g., a telephone or other one), and optional automatic electronic tag information and/or radar information and/or image information and/or video information collection and transmission, and processing of information regarding the vehicle and the road situation. The stationary traffic monitoring points are also provided with processing capability for analyzing information regarding the vehicle, the determination of the parameters of vehicle movement and traffic flow, and comparison of the information regarding vehicle movement with that permitted by traffic regulations for the particular section of the | ‹ Previous                                                                 Next ›<br><br><br><br>https://www.tattile.com/vision-solutions/smartplus-speed/<br><br>**Speed Enforcement camera, how does it work?**<br><br>• Speed enforcement cameras help catch speeding drivers and act as a deterrent. When drivers know they might face consequences for exceeding speed limits, they are more likely to comply with road rules.<br>• Vehicle speed detection is achieved by using reliable radar technology that ensures precise measurements. When combined with an ANPR camera, it becomes possible to obtain a complete set of transit data by linking the speed with license plate information, vehicle class, and other relevant vehicle details.<br>• The cameras can be used in different scenarios, urban and extra-urban, adapting to different installation layouts and environmental conditions.<br>• Speed enforcement cameras are configurable to set different speed limits based on different conditions, like the transit lane or the vehicle class.<br>• The speed camera automatically detects all passing vehicles. If a vehicle exceeds the speed limit, the camera captures images of the violating vehicle, including the license plate and relevant metadata.<br><br>https://www.tattile.com/applications/speed-enforcement-camera/ |

| | |
|---|---|
| *road.* | **Additional Functionalities of Speed Control Camera**<br><br>• Highest reliability: the system helped to reduce deadly accidents on monitored roads by up to 50%.<br>• Object detector & OCR on board: automatic transit detection up to 320 km/h.<br>• Double head **ANPR/ALPR system**: OCR camera and color context camera. Every single transit is documented in real-time by sending the images registered by the two cameras (BW and Color) and all related textual information (date, hour, license number) to an endpoint through the most common communication protocol.<br>• Optional embedded features for the speed control camera include brand, color, class, and model recognition optical classification.<br>• The HD streaming video ensures continuous monitoring of the scene.<br>• Speed control system can provide not only image and plate recognition of the violator but also all vehicles passing in front of the traffic monitoring camera; this functionality allows traffic and tax authorities to perform additional features such as vehicle insurance control, traffic monitoring, and vehicle tracking. e.g., for security purposes, traffic analysis, traffic flow optimizations, etc…<br><br>https://www.tattile.com/applications/speed-enforcement-camera/ |



https://www.tattile.com/vision-solutions/smartplus-speed/

| | |
|---|---|
| each stationary traffic monitoring point including a processor for automatically determining whether the moving vehicle is in violation of traffic laws, for classifying traffic violations and for determining occurrence of abnormal events; and | The accused system discloses each stationary traffic monitoring point (e.g., Tattile's Smart + Speed module, etc.) including a processor for automatically determining whether the moving vehicle is in violation of traffic laws, for classifying traffic violations and for determining occurrence of abnormal events (e.g., Over speeding, traffic violations, etc.).<br><br>As shown, the accused system is an intelligent traffic management system, which collects data from the roadside and processes it to identify Speeding and other traffic violations. The Tattile's Smart + Speed module is equipped with a processor and memory, which are essential for its operation as intelligent traffic management systems. |

<u>Col. 3: lines 15-27</u>

*The stationary traffic monitoring point is preferably in the form of an electronic device with a built-in module for a mobile communications network connection (e.g., a telephone or other one), and optional automatic electronic tag information and/or radar information and/or image information and/or video information collection and transmission, and processing of information regarding the vehicle and the road situation. The stationary traffic monitoring points are also provided with processing capability for analyzing information regarding the vehicle, the determination of the parameters of vehicle movement and traffic flow, and comparison of the information*



The application fields of this camera are **Instant Speed Enforcement** and **Average Speed Enforcement**.

more...

Smart+ Speed is the new enforcement camera designed to revolutionize road safety by accurately detecting and penalizing speeding violations.

With its top algorithms and on-edge processing power, this AI camera takes enforcement and security to a whole new level, setting new industry standards for accuracy, reliability, and efficiency.

Powerful on-edge AI camera designed for Speed measurement

Smart+ Speed camera – an on-edge AI camera that is specifically designed for speed measurement. This powerful camera is Powered by the Stark Neural plate & vehicle detector algorithm, Smart+ Speed swiftly and accurately identifies various vehicle types, from cars to trucks and motorcycles.

https://www.tattile.com/vision-solutions/smartplus-speed/

## Speed Enforcement camera, how does it work?

- Speed enforcement cameras help catch speeding drivers and act as a deterrent. When drivers know they might face consequences for exceeding speed limits, they are more likely to comply with road rules.
- Vehicle speed detection is achieved by using reliable radar technology that ensures precise measurements. When combined with an ANPR camera, it becomes possible to obtain a complete set of transit data by linking the speed with license plate information, vehicle class, and other relevant vehicle details.
- The cameras can be used in different scenarios, urban and extra-urban, adapting to different installation layouts and environmental conditions.
- Speed enforcement cameras are configurable to set different speed limits based on different conditions, like the transit lane or the vehicle class.
- The speed camera automatically detects all passing vehicles. If a vehicle exceeds the speed limit, the camera captures images of the violating vehicle, including the license plate and relevant metadata.

| | |
|---|---|
| *regarding vehicle movement with that permitted by traffic regulations for the particular section of the road.* | https://www.tattile.com/applications/speed-enforcement-camera/<br><br>**Additional Functionalities of Speed Control Camera**<br><br>• Highest reliability: the system helped to reduce deadly accidents on monitored roads by up to 50%.<br><br>• Object detector & OCR on board: automatic transit detection up to 320 km/h.<br><br>• Double head **ANPR/ALPR system**: OCR camera and color context camera. Every single transit is documented in real-time by sending the images registered by the two cameras (BW and Color) and all related textual information (date, hour, license number) to an endpoint through the most common communication protocol.<br><br>• Optional embedded features for the speed control camera include brand, color, class, and model recognition optical classification.<br><br>• The HD streaming video ensures continuous monitoring of the scene.<br><br>• Speed control system can provide not only image and plate recognition of the violator but also all vehicles passing in front of the traffic monitoring camera; this functionality allows traffic and tax authorities to perform additional features such as vehicle insurance control, traffic monitoring, and vehicle tracking. e.g., for security purposes, traffic analysis, traffic flow optimizations, etc…<br><br>https://www.tattile.com/applications/speed-enforcement-camera/ |
| each stationary traffic monitoring point including means for automatic storing and | The accused system discloses each stationary traffic monitoring point (e.g., Tattile's Smart + Speed module, etc.) including means for automatic storing and transmitting information (e.g., transmitting information to the server, etc.) about the moving vehicle, the parameters of the moving vehicle and the determination (e.g., speeding, |

| | |
|---|---|
| transmitting information about the moving vehicle, the parameters of the moving vehicle and the determination to a remote server over the mobile communication network and then over the Internet.<br><br>**Col 4: lines 5-9:**<br>*...such as through a mobile communication network (using Internet compatible protocols, such as GPRS, CDMA, wi-max, wi-fi or similar), to the nearest mobile communication network operator 4 . . . 4n and then subsequently through the Internet...* | etc.) to a remote server over the mobile communication network (e.g., cellular wireless network, etc.) and then over the Internet.<br><br>As shown, the accused system is an intelligent traffic management system, which collects data from the roadside and processes it to identify Speeding and other traffic violations. The Tattile's Smart + Speed module is equipped with a processor and memory, which are essential for its operation as intelligent traffic management systems.<br><br><br><br>https://www.tattile.com/vision-solutions/smartplus-speed/ |



FIG. 1

## Speed Enforcement camera, how does it work?

- Speed enforcement cameras help catch speeding drivers and act as a deterrent. When drivers know they might face consequences for exceeding speed limits, they are more likely to comply with road rules.

- Vehicle speed detection is achieved by using reliable radar technology that ensures precise measurements. When combined with an ANPR camera, it becomes possible to obtain a complete set of transit data by linking the speed with license plate information, vehicle class, and other relevant vehicle details.

- The cameras can be used in different scenarios, urban and extra-urban, adapting to different installation layouts and environmental conditions.

- Speed enforcement cameras are configurable to set different speed limits based on different conditions, like the transit lane or the vehicle class.

- The speed camera automatically detects all passing vehicles. If a vehicle exceeds the speed limit, the camera captures images of the violating vehicle, including the license plate and relevant metadata.

https://www.tattile.com/applications/speed-enforcement-camera/

## Additional Functionalities of Speed Control Camera

- Highest reliability: the system helped to reduce deadly accidents on monitored roads by up to 50%.
- Object detector & OCR on board: automatic transit detection up to 320 km/h.
- Double head **ANPR/ALPR system**: OCR camera and color context camera. Every single transit is documented in real-time by sending the images registered by the two cameras (BW and Color) and all related textual information (date, hour, license number) to an endpoint through the most common communication protocol.
- Optional embedded features for the speed control camera include brand, color, class, and model recognition optical classification.
- The HD streaming video ensures continuous monitoring of the scene.
- Speed control system can provide not only image and plate recognition of the violator but also all vehicles passing in front of the traffic monitoring camera; this functionality allows traffic and tax authorities to perform additional features such as vehicle insurance control, traffic monitoring, and vehicle tracking. e.g., for security purposes, traffic analysis, traffic flow optimizations, etc…

https://www.tattile.com/applications/speed-enforcement-camera/